UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIARA SKY STARR,<br>Plaintiff,<br>v.<br>YELENA GAYAUCHIX, et al.,<br>Defendants. | No. 2:26-cv-1954 AC P<br><br><u>ORDER</u> |

Plaintiff is a state prisoner proceeding pro se who filed this civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. On July 30, 2026, the court directed to plaintiff to submit, within 30 days, an in forma pauperis affidavit or pay the required filing fee of $350.00 plus the $55.00 administrative fee. ECF No. 5. On August 13, 2026, plaintiff requested an extension of time to obtain her trust account statement. ECF No. 8. On August 24, 2025, plaintiff filed a complete declaration with her certified trust account statement showing that she cannot afford to pay the full filing fee for this action under 28 U.S.C. § 1915. ECF No. 9; see 28 U.S.C. § 1915(a)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to submit her trust account statement (ECF No. 8) is granted, and therefore plaintiff's August 24, 2026 motion to proceed in forma pauperis is deemed timely filed.

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 9) is granted.[1]

DATED: October 14, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[1] This means that plaintiff is allowed to pay the $350.00 filing fee in monthly installments that are taken from the inmate's trust account rather than in one lump sum. 28 U.S.C. §§ 1914(a), 1915(b)(1). As part of this order, the prison is required to remove an initial partial filing fee from plaintiff's trust account. See 28 U.S.C. § 1915(b)(1). Monthly payments of twenty percent of the prior month's income shall be taken from plaintiff's trust account until the $350 filing fee is paid in full. See 28 U.S.C. § 1915(b)(2). Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.